561 A.2d 1229

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Ernest GREGG.**

**No. 827 E.D. Allocatur Dkt. 1988.**

Supreme Court of Pennsylvania.

Aug. 2, 1989.

ORDER

PER CURIAM:

And now, this 2nd day of August, 1989, the Judgment of the Superior Court of Pennsylvania at No. 02812 Philadelphia, 1987 is vacated and the Judgment of the Court of Common Pleas, Philadelphia County No. 788–790 which denied the Respondent's Petition for Relief under the Post Conviction Hearing Act, 42 Pa.C.S.A. § 9541 et seq. is reinstated.